United States District Court
Southern District of New York

DeAndre L. Kendrick #267253
                    Pro se, Plaintiff

V.

United States

Case Number #1:25-cv-09040-LTS

RECEIVED
MAR 12 2026
PRO SE OFFICE

Request for A Non Disclosure order
And The Removal Of Civil Action/suit from The
View of The General Public

Comes Now Before The United States District Court on the Date of March 5th, 2026 Pro se, Plaintiff DeAndre L. Kendrick Indiana Department of correction Number #267253 an convict being housed in the Indiana Department of correction requesting that civil action Case Number #1:25-cv-09040-LTS be Grant A Non Disclosure court order from the cause to be held out of sought from the General Public.

DeAndre L. Kendrick
Name of Pro se, Plaintiff

DeAndre L. Kendrick
Signature of Pro se, Plaintiff

#267253
Indiana Department of correction

March 5th 2026
Today's Date

Indiana Department of correction
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, Indiana 46064
Mailing Address

NAME De'Andre L. Kendrick

D.O.C. NO. # 267253

LOCATION 4CH-B2-17

Indiana Department of Correction
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

This stamp identifies this correspondence as having been mailed by an
incarcerated individual at the above named facility.
"WARNING": Not responsible for contents. Any enclosed money orders
should be referred to your local postmaster before cashing.

RECEIVED
SDNY PRO SE OF
2026 MAR 12 PM 3:

INDIANAPOLIS IN 460

9 MAR 2026 PM 2 L

US POSTAGE PITNEY BOWES

$ 000.74

ZIP 46064
02 7W
0008036527 MAR. 09. 202

FIRST-CLASS

Judge LAURA TAYLOR SWAIN
United States District court
500 Pearl Street
New York, NY 10007

10007-131639