UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DE'ANDRE KENDRICK,

Plaintiff,

-against-

MEGAN J. PETE; MEGAN THEE STALLION ENTERTAINMENT INC.; ROC NATION-ENTERTAINMENT, CORPORATION AND EMPIRE; 1501 CERTIFIED ENTERTAINMENT.,

Defendants.

25 CIVIL 09040 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the November 18, 2026, order, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). Accordingly, the Court denies Plaintiff's "Request for a NonDisclosure Order and the Removal of Civil action/suit from the View of the General Public" (ECF 10), "Motion for Disclosure Statement Supplemental Filing" (ECF 11), and "Motion without Leave of Status of Service and Request for Service of Process" (ECF 12). Judgment is entered dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated: November 23, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge